1

**LAW AND MEDIATION OFFICE OF RICHARD PARIS**
Richard Paris, California Bar No. 152350

2

324 Knight Drive
San Rafael, CA 94901

3

Telephone:  (415) 456-0678
Facsimile:  (415) 256-9957

4

5

Attorneys for Plaintiffs JOHN BARRY LYNCH and
BARBARA J. LYNCH

6

**BRYAN CAVE LLP**

7

Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300

8

Santa Monica, CA 90401-2386
Telephone:   310-576-2100

9

Facsimile:   310-576-2200
Email*:*      reboone@bryancave.com

10

**BRYAN CAVE LLP**

11

James Goldberg, California Bar No. 113915
Stephanie A. Blazewicz, California Bar No. 240359

12

2 Embarcadero Center, Suite 1410
San Francisco, CA 94111

13

Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434

14

Email:        james.goldberg@bryancave.com
              stephanie.blazewicz@bryancave.com

15

Attorneys for Defendants

16

COUNTRYWIDE HOME LOANS, INC.,
a California Corporation and

17

RECONTRUST COMPANY

18

**UNITED STATES DISTRICT COURT**

19

**EASTERN DISTRICT OF CALIFORNIA**

20

21

JOHN BARRY LYNCH and BARBARA J. LYNCH,

Case No. 2:08-CV-01513-MCE-KJM

22

Plaintiff,

23

vs.

**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A MOTION TO DISMISS OR OTHER RESPONSE TO COMPLAINT**

24

RKS MORTGAGE INC., a California

25

Corporation; RECONTRUST COMPANY; HORIZON DIRECT, INC., a California

(Solano County Superior Court Case No. FCS031429)

26

Corporation; MASTER FINANCIAL, INC., a California Corporation; COMMITMENT

27

LENDING; COUNTRYWIDE HOME LOANS, INC., a California Corporation;

28

MORTGAGE ELECTRONIC

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com

1   REGISTRATION SYSTEM, INC., a
    California Corporation; Jeffrey Bloom, an
2   individual; AND DOES 1-50,

3           Defendants.

4

5                    **STIPULATION**

6           This Stipulation is entered into by Plaintiffs JOHN BARRY LYNCH and

7   BARBARA J. LYNCH ("Plaintiffs") and Defendants COUNTRYWIDE HOME

8   LOANS, INC., and RECONTRUST COMPANY (collectively "Countrywide").

9           WHEREAS, Plaintiffs filed their Complaint in this action on May 16, 2008.

10          WHEREAS, Countrywide was served with the Amended Complaint on June 2,

11  2008.

12          WHEREAS, Countrywide removed this action to federal court on July 1, 2008.

13          WHEREAS, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil

14  Procedure, Countrywide's response to the Complaint is due on July 9, 2008.

15          WHEREAS, Plaintiffs have granted Countrywide an extension of 30 days, until

16  August 8, 2008, to respond to the Complaint.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com

1    NOW, THEREFORE, Plaintiffs and Countrywide, through their respective

2    counsel of record, hereby agree and stipulate that Countrywide shall have until

3    August 8, 2008 to move to dismiss or to respond to Plaintiff's Complaint in this

4    matter.

5    If Countrywide files a motion to dismiss, the following briefing schedule will

6    apply:

7    August 8, 2008:          Last day for Countrywide to file motion to dismiss;

8    August 29, 2008:         Last day for Plaintiff to file opposition;

9    September 5, 2008:       Last day for Countrywide to file reply;

10   September 17, 2008 at 2:00 pm.:  Date of hearing on Countrywide's motion to

11   dismiss.

12   **IT IS SO STIPULATED.**

13   Dated: July 28, 2008              **LAW AND MEDIATION OFFICE OF**
                                       **RICHARD PARIS**

14

15                                     By: _____

16                                        Richard Paris
                                       Attorneys for Plaintiffs JOHN BARRY LYNCH
                                       and BARBARA J. LYNCH

17

18   Dated:  July 28, 2008             **BRYAN CAVE LLP**

19

20                                     By: _____

                                          Stephanie A. Blazewicz

21                                     Attorneys for Defendants
                                       COUNTRYWIDE HOME LOANS, INC.,

22                                     a California Corporation, and RECONTRUST
                                       COMPANY

23

24   **IT IS SO ORDERED.**

25   **DATED:** July 28, 2008

26

27                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907