Richard Paris, CSB # 152350
Law and Mediation Office of Richard Paris
324 Knight Drive
San Rafael, California 94901
Phone: 415-456-0678
Fax:     415-256-9957

Attorney for Plaintiffs,
John Barry Lynch and Barbara J. Lynch

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARRY LYNCH, and BARBARA J. LYNCH<br><br>Plaintiffs,<br><br>vs.<br><br>RKS MORTGAGE INC. a California Corporation; RECONTRUST COMPANY; HORIZON DIRECT, INC. a California Corporation; MASTER FINANCIAL, INC. a California Corporation; COMMITMENT LENDING; COUNTRYWIDE HOME LOANS INC. a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. a California Corporation; Jeffrey Bloom, an individual; AND DOES 1-50,<br><br>Defendants. | Case No.: 08-CV-01513 MCE KJM<br><br>(Solano County Superior Court Case No. FCS031429)<br><br>**ORDER AS TO REQUEST FOR TELEPHONIC APPEARANCE AS TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: September 17, 2008<br>Time: 2:00pm<br>Courtroom: 7, 14th Floor<br>Judge Morrison C. England, Jr. |

///

///

///

///

///

///

- 1 -
[PROPOSED ORDER AS TO PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE- CASE NO. 08-CV-1513 MCE KJM

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs are requesting permission to make a Telephonic Appearance on September 17th at 2pm as to Defendants Countrywide Home Loans, Inc. and ReconTrust Company, N.A.'s ("Defendants") Motion to Dismiss the Complaint of Plaintiffs John Barry Lynch and Barbara J. Lynch.  The Court, having considered the request, and with good cause appearing, hereby grants plaintiffs' request to appear telephonically at this hearing.

**IT IS SO ORDERED.**

**DATED:** September 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com