**LAW AND MEDIATION OFFICE OF RICHARD PARIS**
Richard Paris, California Bar No. 152350
324 Knight Drive
San Rafael, CA 94901
Telephone: (415) 456-0678
Facsimile: (415) 256-9957

Attorneys for Plaintiffs JOHN BARRY LYNCH and
BARBARA J. LYNCH

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
Email: reboone@bryancave.com

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 113915
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email:     james.goldberg@bryancave.com
           stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
a California Corporation and
RECONTRUST COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARRY LYNCH and BARBARA J. LYNCH,<br><br>Plaintiff,<br><br>vs.<br><br>RKS MORTGAGE INC., a California Corporation; RECONTRUST COMPANY; HORIZON DIRECT, INC., a California Corporation; MASTER FINANCIAL, INC., a California Corporation; COMMITMENT LENDING; COUNTRYWIDE HOME LOANS, INC., a California Corporation; MORTGAGE ELECTRONIC | Case No. 08-CV-1513 MCE KJM<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO CONDUCT RULE 26(f) SCHEDULING CONFERENCE AND SUBMIT JOINT STATUS REPORT**<br><br>(Solano County Superior Court Case No. FCS031429) |

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1

PDF created with pdfFactory trial version www.pdffactory.com

REGISTRATION SYSTEM, INC., a California Corporation; Jeffrey Bloom, an individual; AND DOES 1-50,

    Defendants.

## STIPULATION

This Stipulation is entered into by Plaintiffs JOHN BARRY LYNCH and BARBARA J. LYNCH ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC., and RECONTRUST COMPANY (collectively "Countrywide").

WHEREAS, Plaintiffs filed their Complaint in this action on May 16, 2008.

WHEREAS, Countrywide removed this action to federal court on July 1, 2008.

WHEREAS, pursuant to the Court's July 1, 2008 Order, the parties were ordered to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan.

WHEREAS, on August 8, 2008, Countrywide filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), seeking a complete dismissal of all Plaintiffs' claims.

WHEREAS, the Court has now heard oral argument on Countrywide's Motion to Dismiss and has taken the matter under advisement.

WHEREAS, the parties agree that conducting a Rule 26(f) conference at this time will be futile, as it is unknown what claims, if any, will remain following the Court's ruling on Countrywide's Motion to Dismiss, when such Order will be entered such that discovery in this action could be commenced, and the extent of any discovery that is necessary in this action, and that setting informed deadlines for discovery, dispositive motions, or trial would be impossible at this time.

WHEREAS, due to the pending Motion to Dismiss that will determine the scope and extent of discovery, if any, needed in this action, the parties have agreed to extend the deadline to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan until

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com

1  the later of thirty (30) days from the date the Court approves this Stipulation or ten
2  (10) days following the Court's Order on Countrywide's pending Motion to Dismiss.
3      NOW, THEREFORE, Plaintiffs and Countrywide, through their respective
4  counsel of record, hereby agree and stipulate that the parties shall have until the later
5  of thirty (30) days from the date the Court approves this Stipulation or ten (10) days
6  following entry of the Court's Order on Countrywide's Motion to Dismiss to confer
7  as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint
8  status report that includes a Rule 26(f) discovery plan.

**IT IS SO STIPULATED.**

Dated: October 2, 2008

**LAW AND MEDIATION OFFICE OF RICHARD PARIS**

By: _____/s/_____
    Richard Paris
Attorneys for Plaintiffs JOHN BARRY LYNCH
and BARBARA J. LYNCH

Dated:  October 2, 2008

**BRYAN CAVE LLP**

By: _____/s/_____
    James Goldberg
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
a California Corporation, and RECONTRUST
COMPANY

**IT IS SO ORDERED.**

**DATED:** October 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com