1  **LAW AND MEDIATION OFFICE OF RICHARD PARIS**
   Richard Paris, California Bar No. 152350
2  324 Knight Drive
   San Rafael, CA 94901
3  Telephone: (415) 456-0678
   Facsimile: (415) 256-9957
4
   Attorneys for Plaintiffs JOHN BARRY LYNCH and
5  BARBARA J. LYNCH

6  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
7  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
8  Telephone:   310-576-2100
   Facsimile:   310-576-2200
9  Email:       reboone@bryancave.com

10 **BRYAN CAVE LLP**
   James Goldberg, California Bar No. 113915
11 Stephanie A. Blazewicz, California Bar No. 240359
   2 Embarcadero Center, Suite 1410
12 San Francisco, CA 94111
   Telephone:   (415) 675-3400
13 Facsimile:   (415) 675-3434
   Email:       james.goldberg@bryancave.com
14              stephanie.blazewicz@bryancave.com

15 Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC.,
16 a California Corporation and
   RECONTRUST COMPANY
17

18                    **UNITED STATES DISTRICT COURT**

19                    **EASTERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  JOHN BARRY LYNCH and BARBARA J. LYNCH, | Case No.  08-CV-1513 MCE KJM |
| 22         Plaintiff, | **STIPULATION TO EXTEND TIME FOR PARTIES TO CONDUCT RULE 26(f) SCHEDULING CONFERENCE AND SUBMIT JOINT STATUS REPORT; ORDER** |
| 23         vs. | |
| 24  RKS MORTGAGE INC., a California Corporation; RECONTRUST COMPANY; HORIZON DIRECT, INC., a California Corporation; MASTER FINANCIAL, INC., a California Corporation; COMMITMENT LENDING; COUNTRYWIDE HOME LOANS, INC., a California Corporation; MORTGAGE ELECTRONIC | (Solano County Superior Court Case No. FCS031429) |

1  REGISTRATION SYSTEM, INC., a
   California Corporation; Jeffrey Bloom, an
2  individual; AND DOES 1-50,

3          Defendants.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

## STIPULATION

     This Stipulation is entered into by Plaintiffs JOHN BARRY LYNCH and BARBARA J. LYNCH ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC., and RECONTRUST COMPANY (collectively "Countrywide").

     WHEREAS, Plaintiffs filed their Complaint in this action on May 16, 2008.

     WHEREAS, Countrywide removed this action to federal court on July 1, 2008.

     WHEREAS, pursuant to the Court's July 1, 2008 Order, the parties were ordered to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan.

     WHEREAS, on August 8, 2008, Countrywide filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), seeking a complete dismissal of all Plaintiffs' claims.

     WHEREAS, the Court has now heard oral argument on Countrywide's Motion to Dismiss and has taken the matter under advisement.

     WHEREAS, the parties agree that conducting a Rule 26(f) conference at this time will be futile, as it is unknown what claims, if any, will remain following the Court's ruling on Countrywide's Motion to Dismiss, when such Order will be entered such that discovery in this action could be commenced, and the extent of any discovery that is necessary in this action, and that setting informed deadlines for discovery, dispositive motions, or trial would be impossible at this time.

     WHEREAS, due to the pending Motion to Dismiss that will determine the scope and extent of discovery, if any, needed in this action, the parties have agreed to extend the deadline to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan until

STIPULATION TO EXTEND TIME FOR JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

the later of thirty (30) days from the date the Court approves this Stipulation or ten (10) days following the Court's Order on Countrywide's pending Motion to Dismiss.

NOW, THEREFORE, Plaintiffs and Countrywide, through their respective counsel of record, hereby agree and stipulate that the parties shall have until the later of thirty (30) days from the date the Court approves this Stipulation or ten (10) days following entry of the Court's Order on Countrywide's Motion to Dismiss to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that includes a Rule 26(f) discovery plan.

**IT IS SO STIPULATED.**

Dated: October 28, 2008

**LAW AND MEDIATION OFFICE OF RICHARD PARIS**

By: _____
    Richard Paris
Attorneys for Plaintiffs JOHN BARRY LYNCH and BARBARA J. LYNCH

Dated:  October 28, 2008

**BRYAN CAVE LLP**

By: _____
    James Goldberg
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
a California Corporation, and RECONTRUST COMPANY

**IT IS SO ORDERED.**

**DATED:** October 28, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com